

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



RECEIVED
JUL 1 1 2008
CHAMBERS OF
RICHARD J. HOLWELL

July 11, 2008

Honorable Richard J. Holwell (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Edgar Torres</u>
            08 Cr. 628 (RJH)

Dear Judge Holwell:

    I have been advised by Your Honor's chambers that an initial pre-trial conference in the above-captioned case has been scheduled for July 17, 2008, at 11:30 a.m. Copies of the Indictment and the Complaint are attached to this letter. The Government respectfully requests that Your Honor order time excluded, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, until the Initial Pre-trial conference. I have spoken with Mr. John Arlea, the defendant's attorney, and he has advised me that the defendant consents to the exclusion of time, as well as the deferral of arraignment on the instant Indictment until the Initial Pre-trial conference. The Government is in the process of preparing discovery, and the parties have recently initiated discussion of a possible disposition of the case. For these reasons, the Government submits that the ends of justice served by the exclusion of time outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED
[signature]
USDJ
7/16/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:    Mr. John Arlea, Esq.
        Attorney for the defendant
        Dir: (212) 566-6262
        Fax: (212) 608-6262